UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Luis Marcelo Guashpa Chicaiza

v. Case No. 26-cv-723-PB-TSM

ICE Boston Field Office, Director, et al.

## ORDER

Luis Marcelo Guashpa Chicaiza filed the instant petition for a writ of habeas corpus on September 3, 2026. Doc. 1. This Court subsequently ordered the government to show cause why I should not grant Guashpa Chicaiza's petition to the extent of affording him a bond hearing under 8 U.S.C. § 1226(a), based both on the First Circuit's reasoning in Guerrero Orellana v. Moniz and his similarity to the petitioner granted such relief on procedural due process grounds in Destino v. FCI Berlin, Warden. Doc. 3 (citing 2026 WL 2352042 (1st Cir. Aug. 13, 2026) and 2025 DNH 149, 2025 WL 4010424 (D.N.H. Dec. 24, 2025)).

The government has filed a response to my order in which it concedes that Guashpa Chicaiza would receive the same result as the petitioner in Destino were that case's reasoning applied here. See Doc. 5. While the government gestures to certain arguments related to that authority—which

it remains free to invoke in future cases notwithstanding the result of this case—it has not substantively developed those arguments here and thus has not shown cause for Guashpa Chicaiza's continued detention without a bond hearing.

Accordingly, because I agree with the Court's reasoning in Destino, the government is hereby ordered to afford Guashpa Chicaiza a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. If the government fails to comply, I will grant the writ and set appropriate terms and conditions for Guashpa Chicaiza's release during the pendency of his removal proceedings myself.

The government shall file a status report within fourteen days.

SO ORDERED.

/s/ Paul Barbadoro
Paul J. Barbadoro
United States District Judge

September 11, 2026

cc: Counsel of Record